

Alex Jones | Associate

Direct: 216.736.7241 | aej@kjk.com

One Cleveland Center | 1375 East Ninth Street
29th Floor | Cleveland, Ohio 44114-1793

Main: 216.696.8700 | Toll-free: 888.696.8700 | Fax: 216.621.6536

**VIA ECF SYSTEM**

November 19, 2020

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Josie Maran Cosmetics, LLC v. Shefa Group LLC d/b/a Morning Beauty*
            Case No. 1:20-cv-03702-NGG-JO
            **Initial Conference to begin Discovery**

Dear Judge Pollak:

This letter is being jointly submitted by Plaintiff's and Defendant's counsel in the above referenced matter. In accordance with Judge Garaufis' entry dated October 28, 2020, we have been directed to contact you to schedule an initial conference to begin discovery.

Undersigned counsel requests that the initial discovery conference be scheduled at the Court's earliest convenience.

Thank you for your assistance.

Sincerely,

| /s/ Alex Jones | /s/ Alexander G. Malyshev | /s/ Richard Mandaro |
|---|---|---|
| Alex Jones, Esq. | Alexander G. Malyshev, Esq. | Richard Mandaro, Esq. |
| Plaintiff's Counsel | Plaintiff's Counsel | Defendant's Counsel |



KJK.COM

CLEVELAND + COLUMBUS

{K0817944.1}